PEOPLE, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Frank Bernstein. No opinion. Motion to dismiss appeal granted. See, also, 156 App. Div. 908, 141 N. Y. Supp. 1136.

PEOPLE, Respondent, v. BRUNORI, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Proceeding by the People of the State of New York against Nicola Brunori, impleaded with others. L. Ullo, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. BUCCUFURRI, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Proceeding by the People of the State of New York against Vincenzo Buccufurri. No opinion. Motion to resettle order denied. See, also, 158 App. Div. 186, 143 N. Y. Supp. 62.

PEOPLE, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Morris Cohen. No opinion. Motion to dismiss appeal granted.

PEOPLE v. CONSIGLIO. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Proceeding by the People of the State of New York against Arturo Consiglio. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. FITZPATRICK, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Proceeding by the People of the State of New York against Robert Fitzpatrick. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. FORCARAZZO, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Vito Forcarazzo. No opinion. Motion to dismiss appeal granted.

PEOPLE v. FREEMAN. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Proceeding by the People of the State of New York against Henry C. Freeman. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. FULTZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Mamie Fultz. No opinion. Motion to dismiss appeal granted.

PEOPLE v. FURCOLO. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Proceeding by the People of the State of New York against Ralph Furcolo. No opinion. Time to file and serve papers extended until November 18, 1913. Settle order on notice.

PEOPLE, Respondent, v. GREENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Jacob Greenberg. No opinion. Motion to dismiss appeal granted.

PEOPLE v. GRUTZ. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Proceeding by the People of the State of New York against George Grutz. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. HAWKINS, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against May Hawkins. No opinion. Order of the County Court of Kings County, affirming a judgment of conviction of the City Magistrates' Court, City of New York, Borough of Brooklyn, affirmed. See, also, 157 App. Div. 887, 141 N. Y. Supp. 1137.

PEOPLE v. HINCHEY. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Proceeding by the People of the State of New York against Margaret Hinchey. No opinion. Motion to dismiss appeal granted. Order filed. °

PEOPLE v. HORMAN. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Proceeding by the People of the State of New York against William Horman. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. HUDSON. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Proceeding by the People of the State of New York against William J. Hudson. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York against Morris Jacobs. No opinion. Motion granted. See, also, 143 N. Y. Supp. 21.